FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y:

★ APR 18 2007 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
J&J SPORTS PRODUCTION, INC., As Broadcast
Licensee of the May 28, 2005
Robinson/Chavez Program,

                Plaintiff,

-against-

GILBERT ECHEVERRIA, Individually and as
an officer, director, shareholder, and/or principal
XTREME BARBER SHOP INC. d/b/a
XTREME CUTS a/k/a EXTREME BARBERSHOP
a/k/a XTREME CUTS BARBER SHOP a/k/a
XTREME BARBER SHOP, and XTREME BARBER
SHOP INC. d/b/a XTREME CUTS a/k/a XTREME
BARBERSHOP a/k/a XTREME BARBER SHOP
a/k/a XTREME CUTS BARBER SHOP,

                Defendants.
----------------------------------------------------------------X

JUDGMENT
06-CV-2894 (NG)

      An Order of Honorable Nina Gershon, United States District Judge, having been filed on April 16, 2007, adopting the unopposed Report and Recommendation of Magistrate Judge Robert M. Levy, dated March 16, 2007; denying plaintiff's request for an injunction; directing the Clerk of Court to enter judgment directing the defendants to pay the plaintiff damages in the amount of $4,000.00 and attorney's fees and costs in the amount of $1,025.00, for a total award of $5,025.00; and ordering that the judgment will be jointly and severally entered against the individual defendant and corporate defendant in the amount of $5,025.00; it is

JUDGMENT
06-CV- 2894 (NG)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Robert M. Levy is adopted; that plaintiff's request for an injunction is denied; that judgment is hereby entered in favor of plaintiff, J&J Sports Production, Inc., As Broadcast Licensee of the May 28, 2005 Robinson/Chavez Program, and against defendants, Gilbert Echeverria, Individually and as an officer, director, shareholder, and/or principal of Xtreme Barber Shop Inc. d/b/a Xtreme Cuts a/k/a Xtreme Barbershop a/k/a Xtreme Cuts Barber Shop a/k/a Xtreme Barber Shop, and Xtreme Barber Shop Inc. d/b/a Xtreme Barber Shop a/k/a Xtreme Cuts Barber Shop, in the amount of $4,000.00 and attorney's fees and costs in the amount of $1,025.00, for a total award of $5,025.00; and that judgment is entered jointly and severally against the individual defendant and corporate defendant in the sum of $5,025.00.

Dated: Brooklyn, New York
April 16, 2007

s/
ROBERT C. HEINEMANN
Clerk of Court